```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA       :

        - v. -                 :

RICHARD WONG,                  :

            Defendant.         :
- - - - - - - - - - - - - - - x
```

**ORDER**

20 Cr. 210 (LTS)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on March 16, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         March __24__, 2020

/s/ Laura Taylor Swain
_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE