UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                  No. 20CR210-LTS

RICHARD WONG,

               Defendant(s).
-------------------------------------------------------------X

## ORDER

The sentencing is scheduled for **July 16, 2020 at 3:00 p.m.**

Dated:  New York, New York
         April 15, 2020

                                                  /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Judge