**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2020

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States** v. **Richard Wong**, 20 Cr. 210 (LTS)

Dear Judge Swain:

    Sentencing in the above-captioned matter is currently scheduled for July 16, 2020. In light of ongoing concerns about the coronavirus pandemic and the fact that the Southern District of New York has not yet resumed regular in-person court proceedings, nor set a date on which to do so, the Government respectfully requests that the Court adjourn the sentencing proceeding for approximately 60 days. The Government has conferred with defense counsel, who consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By: _____
Katherine Reilly
Assistant United States Attorney
(212) 637-6521

The sentencing is adjourned to September 24, 2020, at 2:00 p.m. and the related deadlines are modified accordingly.  DE#33 resolved.
SO ORDERED.
6/16/2020
/s/ Laura Taylor Swain, USDJ

cc:   Michael Koribanics, Esq. (by ECF)